287

590 A.2d 754

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent,

v.

Nancy M. ZUBRITSKY, Petitioner.

Supreme Court of Pennsylvania.

May 23, 1991.

ORDER

PER CURIAM.

In accordance with *Commonwealth, Dept. of Transportation v. O'Connell*, 521 Pa. 242, 555 A.2d 873 (1989), the Petition for Allowance of Appeal is hereby GRANTED, and, furthermore, the Order of the Commonwealth Court is reversed 137 Pa.Cmwlth. 647, 584 A.2d 1105, and this matter is remanded for new trial.

McDERMOTT, J., dissents.